**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERTHA JAUREGUI,<br><br>    Plaintiff,<br><br>  v.<br><br>LOS ANGELES COUNTY; DEPUTY MARK RAFFAELLI; DEPUTY IVANIA FARIAS; and DOES 1 through 10,<br><br>    Defendants. | Case No. **CV 08-1286-JFW(AGRx)**<br><br>**JUDGMENT** |

    The Court, having granted the Defendants' motion for summary judgment on Plaintiff's First and Second Causes of Action based on its determination that there was no genuine issue as to any material fact and that Defendants were entitled to judgment as a matter of law on Plaintiff's First and Second Causes of Action,

    The Court, having dismissed Plaintiff's Third, Fourth, Fifth, Sixth, Seventh, Eighth, and Ninth Causes of Action on the grounds that the Court declines to exercise supplemental jurisdiction over those state law claims pursuant to 28 U.S.C. § 1367(c)(3),

1  IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND
2 DECREED, that judgment is entered in this action as follows:
3      1.  Plaintiff Bertha Jauregui shall recover nothing from
4 any of the named Defendants on her First and Second Causes of
5 Action;
6      2.  Defendants Los Angeles County, Mark Raffaelli, and
7 Ivania Farias shall have judgment in their favor on
8 Plaintiff's First and Second Causes of Action; and
9      3.  Defendants shall recover from Plaintiff their costs
10 of suit in the sum of $_____.

12     The Clerk is ordered to enter this Judgment.

15 Dated: April 17, 2009         _____
16                                      JOHN F. WALTER
                                 UNITED STATES DISTRICT JUDGE

2